**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**AARON T. DANIELS (a/k/a "HARUN MUHAMMAD") and (a/k/a "ABU YUSUF"),**

    Defendant.

CASE NO. 2:16-cr-222

CHIEF JUDGE EDMUND A. SARGUS, JR.

# GOVERNMENT'S PLEA AGREEMENT SUBMISSION OF ELEMENTS AND PENALTIES FOR 18 U.S.C. § 2339B

## 1. ELEMENTS: Providing or Attempting to Provide Material Support to a Designated Foreign Terrorist Organization 18 U.S.C. § 2339B (Count Two)

First:      The defendant knowingly provided or attempted to provide material support or resources to a foreign terrorist organization; and;

Second:      The defendant knew that the organization was a designated terrorist organization, or that the organization had engaged or was engaging in terrorist activity or terrorism; and

Third:      These acts occurred on or about the dates alleged in the Indictment in the Southern District of Ohio and elsewhere.

## 2. PENALTIES

A. Mandatory Minimum:      None.

B. Possible Maximum:      Twenty years in prison, a fine of $250,000.00, a term of supervised release for life, and $100 special assessment.

Respectfully submitted,

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY


s/Jessica W. Knight
JESSICA W. KNIGHT (0086615)
JESSICA KIM (0087831)
Assistant United States Attorneys
JOSEPH M. GIBSON
Special Assistant United States Attorney (0084587)
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Phone No.: (614) 469-5715
Fax No.: (614) 469-2200
Email: Jessica.Knight@usdoj.gov
Email: Jessica.Kim@usdoj.gov



s/Michael J. Dittoe
Michael J. Dittoe (6191470)
Trial Attorney
U.S. Dept. of Justice
National Security Division
Counterterrorism Section
950 Penn. Ave., N.W.
Washington, D.C. 20530
Phone No.: (202) 307-3804
Email: Michael.Dittoe2@usdoj.gov