# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**          **AMENDED NOTICE**

**vs.**

                                     **Case No. 2:16-cr-222**

**AARON T. DANIELS,**          **CHIEF JUDGE SARGUS**

        **Defendant.**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:   United States District Court          **COURTROOM #2**
          Joseph P. Kinneary U.S. Courthouse
          85 Marconi Boulevard               **JULY 6, 2017 at 2:30 P.M.**
          Columbus, Ohio 43215

TYPE OF PROCEEDING: **CHANGE OF PLEA**

If Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

                                       **EDMUND A. SARGUS, JR.**
                                       **UNITED STATES CHIEF DISTRICT JUDGE**

DATE:   June 23, 2017

                                         /s /   Melissa Saddler
                                       (By) Melissa Saddler, Deputy Clerk