UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

## **PRESENTENCE REFERRAL**

| | |
|---|---|
| Judge | Chief Judge Edmund A. Sargus, Jr. |
| AUSA: | Jessica Knight/ Joe Gibson |
| Dft Attorney: | George Chaney, Jr. / Barshaunda Robinson |
| Defendant: | Aaron T. Daniels |
| Case Number: | 2:16-cr-222 |
| Offense: | Attempting to Provide Material Support to a Foreign Terrorist Organization |
| Counts: | 2 |

Conviction on:    [ ] Jury Verdict
[ ] Court Decision
[ ]Guilty Plea at Arraignment
[X] Change of Plea to Guilty

Custody Status    [X] Federal
[ ] State
[ ] Bond
[ ] Other

Date: 7/6/2017

Signed:___*s/ Melissa Saddler*_____
        Melissa Saddler/ Deputy Clerk