Dear Hon. Judge Sargus,

I feel the highest remorse for my actions. I feel regret for being associated with such an atrocious terrorist organization that has caused so much destruction and harm to so many people. I am angry at such an organization and at myself for falling prey to their manipulation during my bout of schizophrenia. I wish I could go back in time and warn myself of their snake like intentions.

Despite this I've taken the time in incarceration to reform myself into a productive citizen of this beautiful country. During my process of reformation I've developed a long for the ideals of democracy, the ideals this country was founded on.

Through my studies I've found that such ideals and principles had an origin in ancient Greece in the two city states of Sparta and Athens. First in Sparta came the helot revolt in the 7th century b.c.e.. Such revolt can be seen as a revolution against the old rulers of Greece who were known as tyrants. In order to prevent another uprising in the city state of Sparta a hero known as Lycurgus came forth to enact reforms that would reform Sparta into the first state in human history to resemble a democracy.

In the system Lycurgus created political power was divided between four bodies, two Spartan kings known as diarchy, the council of elders known as the gerousia, the representatives of citizens who over saw the king known as the ephors, and the assembly of Spartans known as the apella. It is even said that the Spartan citizens were even allowed to criticize their king. Lycurgus is so renowned for his contribution to the development of democracy that he is in the chambers in the House

of Representatives as one of the 23 law-givers.

Athens on the other hand began as a society dominated by a powerful aristocracy. Such powerful domination led to the exploitation of the lower classes. Just as in Sparta, Athens so unrest and conflicts between the rich and the poor of society. But instead of all out revolution, both classes turned to a poet for philosophical guidance.

Solon's goal was to create an equal society without angering or stripping the rich of their rights. Solon did this by devising a system in which all Athenians, whether rich or poor, were entitled to go to the great assemblies known as the Ecclesia and vote.

Another great contribution to the development of democratic ideals were the Roman empire. Beginning as the Roman republic, the government was initially dominated by powerful families that were known as the patricians. But after the republic sent patricians to learn the foundations of democracy in Greece from law-makers and philosophers such as Solon. Such ideas were implemented in the Roman Republic and the government began to mirror what most democracies look like today. The state was organized with executive authority given to the first and second consul. Legislative power given to the senate and democratic representative to all the citizens of Rome given through the assemblies.

Also through my studies I have developed a deep affection and reference to the great U.S. president known and remembered as Franklin Roosevelt. I am fascinated by the way he lifted the United States from the great Depression. As well as lead America into a new era of prosperity and improve human rights for minorities in the United States.

I am fascinated by the way President Franklin

Roosevelt cured the United States of its economic troubles during the great depression. In a period where many had lost faith in the banks and unemployment and homelessness was at its highest. The President enacted executive orders and government sponsored social programs that created millions of jobs and strengthened and expanded Americas industrial capacity. He was the first to make a minimum wage law that protected American citizens from being taken advantage of by companies and corporations not willing to pay enough for living expenses. He established dams that brought electricity to millions more people and took steps to protect and preserve the environment. All of this was known as the New Deal.

Franklin Roosevelt will also always been remembered in his legacy for defending democracy and defeating the tyrants of Europe and east Asia during World War 2. Not only did he defeat the axis powers with the help of Britain and the Soviet Union but he established an international organization that would help keep the peace in the world even to this date known as the united nations. FDR also did alot to elevate and uplift minorities such as African Americans, Jews, east asians and catholics, by working with organizations such as the NAACP. Starting a legacy of anti racism, racial equality, national unity, and tolerance that the democratic party is known for today.

-00222-EAS Doc #: 54 Filed: 09/29/17 Page: 4 of 4. PA

Aaron Daniels
370 S. Front St
Columbus, OH 43215

INMATE CORRESPONDENCE

COLUMBUS OH 431
26 SEP 2017 PM 5 L

43215-282358

Judge Sargus
85 Marconi Blvd #208
Columbus, OH 43215

