# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                Case Number 2:16-cr-222
                                                   Judge Edmund A. Sargus, Jr.

AARON T. DANIELS,
    Defendant.

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date and time set forth below:

Place:    United States District Court
            Joseph P. Kinneary U.S. Courthouse    **Courtroom Number 311**
            85 Marconi Boulevard    **May 15, 2025 at 10:45 a.m.**
            Columbus, Ohio 43215

TYPE OF PROCEEDING: **Final Revocation Hearing**

If the Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

                                                     **EDMUND A. SARGUS, JR.**
                                                     **UNITED STATES DISTRICT JUDGE**

DATE:  March 13, 2025

                                                      /s /   Christin M. Werner
                                                     (By) Christin M. Werner, Deputy Clerk