AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

MAR 26 2025 1:32 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
| | ) | |
| | ) | Case No. 2:16-cr-222 USMS No. 76316-061 |
| Aaron T. Daniels | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  X Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | U.S. District Court<br>85 Marconi Blvd.<br>Columbus, OH 43215 | Courtroom No.: | Courtroom No. 311 |
| --- | --- | --- | --- |
| | | Date and Time: | 5/15/2025 at 10:45 a.m. |

This offense is briefly described as follows:

Alleged violations while on supervised release.

Date: 3/13/2025

*Issuing officer's signature*

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons   ☐ Returned this summons unexecuted

Date: 3/25/2025

*Server's signature*

Tracey Clifford DUSM
*Printed name and title*

7 miles × .70 = 4.9
1 Hour = 65
$69.90