UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                  Case Number 2:16-cr-222
                                    Judge Edmund A. Sargus, Jr.

AARON T. DANIELS,
    Defendant.

# Final Revocation Hearing
# Thursday, May 15, 2025
# before Judge Edmund A. Sargus, Jr.

For Plaintiff: Damoun Delaviz
For Defendant: Kort Gaterdam
Court Reporter: Lahana DuFour
Courtroom Deputy:  Christin Werner

The Court finds the violations occurred. Supervised release shall continue as previously imposed.