IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 2:16-cr-222 |
| v. | : | JUDGE SARGUS |
| AARON T. DANIELS, | : | |
| Defendant. | : | |

## DEFENDANT'S MOTION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING DATE

Defendant, through counsel, respectfully moves this Court pursuant to 18 U.S.C. § 3161 to continue the January 22, 2026 supervised release revocation hearing because Counsel for Mr. Daniels has a previously scheduled oral argument in Ohio's Tenth District Court of Appeals. A memorandum in support is attached.

Respectfully submitted,

/s/ Kort Gatterdam
Kort Gatterdam (0040434)
CARPENTER LIPPS LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
E-mail: gatterdam@carpenterlipps.com

Counsel for Defendant

## MEMORANDUM IN SUPPORT

On July 6, 2018, Defendant, Aaron T. Daniels (Daniels), was sentenced to eighty (80) months of incarceration for providing or attempting to provide material support to a designated foreign terrorist organization. (ECF 92, 93, Minute Entry and Judgment.) He was also given a lifetime supervised release requirement. (*Id.*)

Daniels was released from prison and began supervised release on July 14, 2021. On December 19, 2025 a Petition for Warrant or Summons for Offender Under Supervision and a Supervised Release Violation Report were filed. (ECF 110-1, 110, Supervised Release Violation Report, Petition for warrant or summons.) The petition and report allege current violations of Daniels supervised release. This Court issued a summons and this matter is set for January 22, 2026.

Current counsel represented Daniels at a supervised release violation hearing in 2025 and has accepted the Court's appointment in the instant matter. Unfortunately, counsel has a previously scheduled oral argument in Ohio's Tenth District Court of Appeals on January 22, 2026 (entry attached.)

Also, Daniels requests a continuance to allow him additional time to address the allegations made in the Supervised Release Violation Report. Counsel contacted both the USPO supervising Daniels and the AUSA assigned to this matter and they have no objection to Daniels request.

For all the foregoing reasons, Daniels moves to continue the January 22, 2026 Supervised Release Violation Hearing to a later date.

Respectfully submitted,

/s/ Kort Gatterdam
Kort Gatterdam (0040434)
CARPENTER LIPPS LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
E-mail: gatterdam@carpenterlipps.com

Counsel for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 8, 2026 he electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to Damoun Delaviz, Assistant United States Attorney, Counsel for Plaintiff.

/s/ Kort Gatterdam
Kort Gatterdam

050-1639-920215

**Maryellen O'Shaughnessy**
Clerk of the Court of the 10th District Court of Appeals
Appeals Division
373 South High St, 23rd FL
Columbus, OH 43215

**24APA-03-184**
**ROBER - ORAL ARGUMENT**


**RETURN SERVICE REQUESTED**
**KORT GATTERDAM**
**CARPENTER LIPPS & LELAND**
**280 PLAZA,SUITE 1300**
**280 NORTH HIGH STREET**
**COLUMBUS OH 43215**

# MARYELLEN O'SHAUGHNESSY
# CLERK OF COURTS



# FRANKLIN COUNTY

## CLERK OF THE COURT OF THE TENTH DISTRICT COURT OF APPEALS
## FRANKLIN COUNTY, OHIO
## APPEALS DIVISION

DECEMBER 11, 2025

CASE NUM: 24APA-03-184
TRIAL COURT NUM: 24CR000147

STATE OF OHIO -VS- JUSTUS ROBERTSON

THIS APPEAL HAS BEEN SCHEDULED FOR ORAL ARGUMENT ON THURSDAY JANUARY 22, 2026 AT 10:45 A.M. IN COURTROOM 23B AT 373 SOUTH HIGH STREET.

ARGUMENT TIME IS FIFTEEN MINUTES PER SIDE. PARTICIPANTS SHALL NOTE THEIR APPEARANCE WITH THE BAILIFF PRIOR TO ARGUMENT.

PURSUANT TO LOCAL RULES, ARGUMENT MAY BE WAIVED.
ARGUMENT WILL NOT BE PERMITTED IF NO BRIEF HAS BEEN FILED.