UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

    v.                                        Case Number 2:16-cr-222
                                              Judge Edmund A. Sargus, Jr.
AARON T. DANIELS,
    Defendant.

# Final Revocation Hearing
## Thursday, February 19, 2026
## before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Damoun Delaviz
For Defendant: Kort Gatterdam
Court Reporter: Crystal Hatchett
Courtroom Deputy:  Christin Werner

The Court finds violations occurred.

The final revocation hearing is continued to allow the defendant to comply with supervised release.
The final supervised is continued to May 14, 2026 at 10:00 a.m.