UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

   v.                                                   Case Number 2:16-cr-222
                                                        Judge Edmund A. Sargus, Jr.

**AARON T. DANIELS,**
        Defendant.

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date and time set forth below:

Place:    United States District Court
            Joseph P. Kinneary U.S. Courthouse    **Courtroom Number 311**
            85 Marconi Boulevard                      **May 14, 2026 at 10:00 a.m.**
            Columbus, Ohio 43215

TYPE OF PROCEEDING: **Final Revocation Hearing**

If the Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

                                                   **EDMUND A. SARGUS, JR.**
                                                   **UNITED STATES DISTRICT JUDGE**

DATE:   February 19, 2026

                                                    /s /   Christin M. Werner
                                                    (By) Christin M. Werner, Deputy Clerk